# United States District Court
# Northern District of Illinois

In the Matter of

Halina Plewa

v.

LVNV Funding, LLC et al

District Judge Sara L. Ellis

Case No. 17-CV-6676

Designated Magistrate Judge
Daniel G. Martin

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Charles R. Norgle, Sr. to be related to 17-cv-5233 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Sara L. Ellis**

Date: Monday, December 4, 2017

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Sara L. Ellis

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Monday, December 4, 2017

District Reassignment - Finding of Relatedness